UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: )
    Robert Rodgers )
    Christy Crank-Rodgers ) Case No. 07-15101-rb
     )
    Debtors. ) Chapter 13
     )
     )
Address: 1476 E. 112th Street )
    Cleveland, OH 44106 ) Judge Randolph Baxter
     )
Last for digits of SSN: 2053 )
    4481 )

## DEBTOR'S NOTICE TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

The Debtor,s pursuant to 11 U.S.C. § 1307(a), hereby elects to convert the above-captioned chapter 13 case to a case under chapter 7 of the Bankruptcy Code. The Debtors are entitled to convert their case because:

1. This case, filed on July 8, 2007, is a case under chapter 13 of the Bankruptcy Code.

2. The Debtors are eligible to be a debtor under chapter 7 of the Bankruptcy Code.

Wherefore, the Debtors pray for relief under chapter 7 of the Bankruptcy Code.

                                                   Respectfully submitted,

Date: 8/20/2007                                   */s/ Robert Rodgers*
                                                   Robert Rodgers

                                                   */s/ Christy Crank-Rodgers*
                                                   Christy Crank-Rodgers

                                                   */s/ Virginia Judd*
                                                   Virginia Judd (0081149)
                                                   2864 Dale Avenue
                                                   Rocky River, OH 44116
                                                   (440) 570-8511, Fax (440) 333-4257
                                                   vmjudd@gmail.com
                                                   ATTORNEY FOR DEBTORS

## NOTICE OF SERVICE OF CONVERSION TO CHAPTER 7

      The undersigned attorney for Debtor hereby certifies that a copy of the foregoing Notice was served on the following parties in interest at the addresses set forth below via electronic notification on August 20, 2007:

      Office of the U.S. Trustee
      Northern District of Ohio
      Howard Metzenbaum U.S. Courthouse
      201 Superior Avenue
      Cleveland, OH 44114

      Office of the Chapter 13 Trustee
      Craig Shopneck, Trustee
      BP Tower
      200 Public Square, Suite 3860
      Cleveland Ohio 44114-2321

                        /s/ *Virginia Judd*
                        Virginia Judd