# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 07-15101 RHB Judge: RANDOLPH BAXTER  
Case Name: RODGERS, ROBERT  
CRANK-RODGERS, CHRISTY  
For Period Ending: 10/17/07

Trustee Name: SHELDON STEIN  
Date Filed (f) or Converted (c): 08/21/07 (c)  
341(a) Meeting Date: 10/01/07  
Claims Bar Date: 01/16/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE-1476 E. 112th St., Cleveland | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 2. RENTAL PROPERTY-587 E. 110th St., Cleveland | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 3. RENTAL PROPERTY-2938 E. 121st St., Cleveland | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 4. RENTAL PROPERTY-901 E. 131st St., Cleveland | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 5. CASH | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS | 5.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. BOOKS/COLLECTIBLES | 15.00 | 0.00 | DA | 0.00 | FA |
| 9. WEARING APPAREL | 400.00 | 0.00 | DA | 0.00 | FA |
| 10. FURS AND JEWELRY | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. INSURANCE POLICIES-Term | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. INSURANCE POLICIES-Term | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. VEHICLES-1988 Honda Accord | 1,325.00 | 0.00 | DA | 0.00 | FA |
| 14. VEHICLES-1994 Chevrolet Lumina | 800.00 | 125.00 | DA | 0.00 | FA |
| 15. ANIMALS- 1 Dog 1 Cat | 100.00 | 0.00 | DA | 0.00 | FA |
| 16. CONTINGENT CLAIMS-2007 Tax Refund (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $238,745.00 $126.00 $0.00 $1.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/15/08   Current Projected Date of Final Report (TFR): 10/15/08

LFORM1 Ver: 12.60a

07-15101-jps   Doc 45   FILED 10/17/07   ENTERED 10/17/07 09:19:16   Page 1 of 1